IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

MARCUS WEAVER                                                                            PLAINTIFF

vs.                                          CIVIL ACTION No. 3:17-CV-657-HTW-JCG

UNITED STATES et al.                                                                  DEFENDANTS

## ORDER ADOPTING REPORT AND RECOMMENDATION

BEFORE THIS COURT is the Report and Recommendation of the United States Magistrate Judge John C. Gargiulo **[Docket no. 94]**. The remaining Defendants herein, Dr. Anthony Chambers, Dr. Roberto Martinez, Dr. Norma Natal, Nurse Natasha Hudson, and Nurse Jeneen Ratliff, filed a Renewed Motion to Dismiss or in the Alternative for Summary Judgment **[doc. no. 89].** These remaining Defendants are medical providers for the Bureau of Prisons facility at Yazoo City, Mississippi.

Other Defendants, including medical providers for the Bureau of Prisons in Illinois and the United States of America, were originally a part of this litigation, but the lawsuits against them have been either dismissed or transferred to the Southern District of Illinois.

Plaintiff, who filed his Complaint *pro se,* did not file any response to Defendants' motion. Plaintiff also did not file an appeal/objection to the Report and Recommendation of Magistrate Judge Gargiulo, despite having been provided with a copy and notice of the right to appeal or object on June 3, 2019. He has not filed any pleading or corresponded with the Court since May 1, 2018 [doc. nos. 70-72].

The Magistrate Judge recommended that the Motion filed by the Defendants Dr. Chambers, Dr. Martinez, Dr. Natal, Nurse Ratliff and Nurse Hudson should be granted and that all of

Plaintiff's claims should be dismissed with prejudice and a final judgment entered in favor of these Defendants.

This Court has reviewed the Report and Recommendation of the Magistrate Judge, as well as the court filings and the relevant law, and concludes that the findings in the Report and Recommendation **[doc. no. 94]** should be and are hereby **adopted** as this Court's own.

Accordingly, this order hereby grants Defendant's Renewed Motion to Dismiss, or in the Alternative, Motion for Summary Judgment" **[doc. no. 89]** and this matter is dismissed with prejudice. A separate Final Judgment will issue on this date.

**SO ORDERED AND ADJUDGED** this the 28TH day of June, 2019.

**s/ HENRY T. WINGATE**
UNITED STATES DISTRICT COURT JUDGE

Order Adopting Report and Recommendation
*Weaver v. Harbinson*
3:17-cv-657-HTW-JCG